## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED

MAY 1 3 2005

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

|  |  |
|---|---|
| ROLAND E. BASKETTE, GUARDIAN/CONSERVATOR FOR MARTHA BASKETTE, | CIVIL ACTION NO. 6:04-CV-00039 |
| *Plaintiff,* | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying MEMORANDUM OPINION, it is hereby

### ORDERED and ADJUDGED

as follows:

(1) Plaintiff's following claim from the Amended Complaint shall be maintained: that in November 2002, Defendant failed to diagnose Baskette with a significant medical problem, resulting in severe dehydration and diarrhea that had to be treated at UVA Medical Center for twelve days.

(2) Any other claim in the Amended Complaint is hereby DISMISSED for lack of subject matter jurisdiction.

It is so ORDERED.

The Clerk of the Court is directed to send a copy of this Order to all parties.

ENTERED: _Norman K. Moon_
U.S. District Judge

_May 13, 2005_
Date